We are pleased to report a cop hire to the Sheriff's Department. The Sheriff of Hedberg County Sheriff's Department is in a hurry to fire me. It is part of the executive jury's office. We, of course, are here to thank you for this case. I would like to put this on my record. I've been there and done that. I've been there and done that. I've been there and done that. I have
judges: Bybee, N.R. Smith, Hellerstein